IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

**MICHAEL W. SULLIVAN, ET AL.**

vs.

**NINE MILE MINING, INC.**

Action No:   2:13CV40
Date:   3/19/15
Judge:   James P. Jones
Court Reporter:   Bridget Dickert
Deputy Clerk:   Felicia Clark

Plaintiff Attorney(s)
Paul Beer
Hugh O'Donnell

Defendant Attorney(s)
Todd Leeson

LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Approval of Settlement hearing held.   All parties were present and ready to proceed.   Court approved and a final approval of settlement order will be entered. Case to remain on the docket pending a final order once the funds have been distributed accordingly. Court adjourned.

Time in Court: 10:34 – 10:38 a.m.