IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| MICHAEL W. SULLIVAN, DAVID A. SULLIVAN, THOMAS ROBINETTE, JEREMY PENNINGTON, CLARK STANTON AND JAMIE BARGER, <br><br> Plaintiffs, <br><br> v. <br><br> NINE MILE MINING, INC., <br><br> Defendant. | Civil Action No. 2:13CV00040 |

## FINAL DISMISSAL ORDER

Defendant Nine Mile Mining has fully complied with the Settlement Agreement and provided timely payments to the Class Members and Class Counsel. Accordingly, the parties, through counsel, ask the Court to dismiss this case with prejudice.

Consistent with the Court's March 19, 2015 Order (ECF 93) and based on the representations of the parties, it is ORDERED that this case is DISMISSED with prejudice.

ENTER: This 4th day of May, 2015

_____
UNITED STATES DISTRICT JUDGE